PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:15-CR-00500-LY(2)

DOCKET NUMBER *(Rec. Court)*
ND/AL  2:17-CR-266-AKK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rogelio Juan Santiago-Tomas<br>Gadsen, Alabama | Western District of Texas | Pecos Division |
| | NAME OF SENTENCING JUDGE<br>Honorable Lee Yeakel, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/26/2016 | TO 08/25/2019 |

OFFENSE
8 U.S.C. § 1324 (a)(1)(A)(ii) and 18 U.S.C. §2 : Transport of Illegal Aliens for Fianacian Gain; Aiding and Abetting

FILED MAR 2 2 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Alabama, Gadsen Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_October 11, 2016_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Alabama, Gadsen Division___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_March 3, 2017_
Effective Date

_[signature]_
United States District Judge

(56)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

ND/AL
2:17-CR-266-AKK

UNITED STATES OF AMERICA

v.

Case Number: 4:15-CR-00500-LY(2)
USM Number: 60696-380

ROGELIO JUAN SANTIAGO-TOMAS
**True Name: Rogelio Juan Santiago-Tomas**
*Aliases: Rogelio Juan Tomas-Santiago, Rogelio Santiago-Tomas, Rogelio Tomas-Santiago*

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, ROGELIO JUAN SANTIAGO-TOMAS, was represented by Elaine L. Mustard.

Upon motion of the United States, the Court has dismissed the remaining Count(s) herein as to this defendant.

The defendant pled guilty to Count(s) 1 of the Indictment on November 18, 2015. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC 1324(a)(1)(A)(ii) AND 18 USC 2 | TRANSPORT OF ILLEGAL ALIENS FOR FINANCIAL GAIN; AIDING AND ABETTING | 10/28/2015 | 1 |

As pronounced on FEBRUARY 16, 2016, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Signed this _19th_ day of February, 2016.

LEE YEAKEL
United States District Judge

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case

Judgment -- Page 2 of 7

DEFENDANT: ROGELIO JUAN SANTIAGO-TOMAS
CASE NUMBER: 4:15-CR-00500-LY(2)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TEN (10) MONTHS.**

**The Court makes the following recommendation(s) to the Bureau of Prisons: designate defendant to a federal facility close to Talladega, Alabama near family members during the period of confinement. If, for any reason, the Bureau of Prisons does not comply with any recommendation of this Court made in this Judgment and Sentence, the Bureau of Prisons shall immediately notify the Court and any reason therefor.**

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                                                  Judgment -- Page 3 of 7

DEFENDANT:           ROGELIO JUAN SANTIAGO-TOMAS
CASE NUMBER:    4:15-CR-00500-LY(2)


## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release a term of **THREE (3) YEARS.**

While on supervised release the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court, and shall comply with the following additional conditions:

**The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision.**

**The defendant shall not be permitted to reside any place where firearms are possessed or stored.**

**The defendant shall submit his or her person, property, house, residence, office, vehicle, papers, computers as defined in 18 U.S.C. Section 1030(e)(1), and other electronic communications or data storage devices or media, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any occupant that the premises that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner. The United States probation officer may conduct a search when a reasonable suspicion exists that the defendant may have violated a condition of supervision or if there is a violation of law.**

**The defendant shall submit from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the Court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the Court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.**

**The defendant shall not travel to the Pecos/Del Rio/El Paso Divisions of the Western District of Texas or the McAllen/Laredo/Brownsville Divisions of the Southern District of Texas, without the permission of the probation officer.**

**The defendant shall perform 200 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the period of supervision.**

**The defendant shall participate in workforce development programs and services as directed by the probation officer, and if deemed necessary by the probation officer, which include occupational/career development, including but not limited to assessment and testing, education, instruction, training classes, career guidance, job search and retention services until successfully discharged from the program. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.**

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                           Judgment – Page 4 of 7

DEFENDANT:        ROGELIO JUAN SANTIAGO-TOMAS
CASE NUMBER:      4:15-CR-00500-LY(2)

**The defendant shall provide the probation officer access to any requested financial information.**

**The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.**

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                                    Judgment -- Page 5 of 7

DEFENDANT:         ROGELIO JUAN SANTIAGO-TOMAS
CASE NUMBER:       4:15-CR-00500-LY(2)

# CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not unlawfully possess a controlled substance.

3) The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

4) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

5) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6) The defendant shall cooperate in the collection of DNA as directed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

7) If convicted of a sexual offense and required to register under the Sex Offender and Registration Act, that the defendant comply with the requirements of the Act.

8) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

9) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pays in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family obligations, and shall comply with the terms of any court order or order of an administrative process requiring payments by the defendant for the support and maintenance of a child or of a child and the parent with whom the child is living.

5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time, at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                                                    Judgment -- Page 6 of 7

DEFENDANT:         ROGELIO JUAN SANTIAGO-TOMAS
CASE NUMBER:       4:15-CR-00500-LY(2)

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications, and to confirm the defendant's compliance with such notification requirement.

14) If convicted of a sex offense as described in the Sex Offender Registration and Notification Act or has a prior conviction of a State or local offense that would have been an offense as described in the Sex Offender Registration and Notification Act if a circumstance giving rise to federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer. Such program may include group sessions led by a counselor or participation in a program administered by the probation office. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

18) The defendant shall participate in workforce development programs and services as directed by the probation officer, and if deemed necessary by the probation officer, which include occupational/career development, including but not limited to assessment and testing, education, instruction, training classes, career guidance, job search and retention services until successfully discharged from the program. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

19) If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant lawfully reenters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

20) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pays such penalties in accordance with the Schedule of Payments sheet of the judgment.

21) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

22) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                                                Judgment -- Page 7 of 7

DEFENDANT:           ROGELIO JUAN SANTIAGO-TOMAS
CASE NUMBER:         4:15-CR-00500-LY(2)

# CRIMINAL MONETARY PENALTIES/SCHEDULE

       The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 655 E. Cesar E. Chavez Blvd, Room G65, San Antonio, TX 78206. The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|        | Assessment | Fine  | Restitution |
|--------|------------|-------|-------------|
| TOTALS | $100.00    | $.00  | $.00        |

## SPECIAL ASSESSMENT

       It is ordered that the defendant shall pay to the United States a special assessment of $100.00. Payment of this sum shall begin immediately.

## FINE

The fine is waived due to the defendant's inability to pay.

       If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

       If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

       The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

       Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

       Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

FILED
NOV 1 2 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. P-15-CR- |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | [Vio: 8 USC 1324(a)(1)(A)(ii), |
| V. ) | Transport of illegal aliens] |
| ) | |
| DAVID THOMAS FRANCISCO, ) | |
| ROGELIO JUAN SANTIAGO-TOMAS ) | P15CR 500 |
| Defendants. ) | ND/AL |
| | 2:17-CR-266-AKK |

The Grand Jury Charges:

**Count One**
[8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II)]

On or about October 28, 2015, in the Western District of Texas, Defendants,

DAVID THOMAS FRANCISCO,
ROGELIO JUAN SANTIAGO-TOMAS,

in reckless disregard of the fact that an alien, Mario Ramirez-Perez, had come to, entered, or remained in the United States in violation of law, did transport or move, or attempt to transport or move said alien, by means of transportation or otherwise, in furtherance of such violation of law.

2. The Defendant and others did aid and abet one another in said violation of law.

3. The offense was committed for the purpose of commercial advantage and private financial gain.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

(17)

### Count Two
### [8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II)]

On or about October 28, 2015, in the Western District of Texas, Defendants,

**DAVID THOMAS FRANCISCO,
ROGELIO JUAN SANTIAGO-TOMAS,**

in reckless disregard of the fact that an alien, Gerardo Alfonso Tiul-Choc, had come to, entered, or remained in the United States in violation of law, did transport or move, or attempt to transport or move said alien, by means of transportation or otherwise, in furtherance of such violation of law.

2. The Defendant and others did aid and abet one another in said violation of law.

3. The offense was committed for the purpose of commercial advantage and private financial gain.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

**A True Bill.**

_____
Foreperson

Richard L. Durbin, Jr.
United States Attorney

*Stewart*

Sandy Stewart
Assistant United States Attorney

CLOSED,INTERPRETER

# U.S. District Court [LIVE]
## Western District of Texas (Pecos)
## CRIMINAL DOCKET FOR CASE #: 4:15-cr-00500-LY-2

Case title: USA v. FRANCISCO et al
Magistrate judge case number: 4:15-mj-01254-BDG

Date Filed: 11/12/2015
Date Terminated: 02/19/2016

Assigned to: Judge Lee Yeakel

*[handwritten: ND/AL  2:17-CR-266-AKK]*

### Defendant (2)
**ROGELIO JUAN SANTIAGO-TOMAS**
*TERMINATED: 02/19/2016*

represented by **Elaine L. Mustard**
Law Office of Elaine L. Mustard
P.O. Box 338
Marfa, TX 79843
512-658-4045;432-729-1825
Fax: (432) 729-1963
Email: lovemustard2001@yahoo.com
*TERMINATED: 02/19/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts
BRINGING IN AND HARBORING ALIENS
(1)

### Disposition
Defendant sentenced to 10 months BOP, 36 months supervised release and $100 special assessment.

### Highest Offense Level (Opening)
Felony

### Terminated Counts
BRINGING IN AND HARBORING ALIENS
(2)

### Disposition
Count 2 dismissed by the Govt.

### Highest Offense Level (Terminated)
Felony

### Complaints
8:1324.F

### Disposition

**Plaintiff**

USA                                        represented by **Sandy Stewart**
United States Attorney
Alpine Division
2500 North Hwy. 118
Suite A200
Alpine, TX 79830
432-837-7332
Fax: 432-837-7485
Email: sandy.stewart@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2015 | | Arrest of DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS (dm2) [4:15-mj-01254-BDG] (Entered: 11/02/2015) |
| 11/02/2015 | 1 | COMPLAINT Signed by Judge B. Dwight Goains as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS. (yl) [4:15-mj-01254-BDG] (Entered: 11/03/2015) |
| 11/02/2015 | 4 | AFFIDAVIT for Material Witness Gerardo Alfonso Tiul-Choc in case as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS. Signed by Judge B. Dwight Goains. (yl) [4:15-mj-01254-BDG] (Entered: 11/03/2015) |
| 11/02/2015 | 5 | AFFIDAVIT for Material Witness Mario Ramirez-Perez in case as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS. Signed by Judge B. Dwight Goains. (yl) [4:15-mj-01254-BDG] (Entered: 11/03/2015) |
| 11/02/2015 | 8 | Minute Entry for proceedings held before Judge B. Dwight Goains:Initial Appearance for Material Witness Gerardo Alfonso Tiul-Choc, Mario Ramirez-Perez in case as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS held on 11/2/2015 SPANISH Language Interpreter required, (Minute entry documents are not available electronically.) (Court Reporter FTR.)(yl) [4:15-mj-01254-BDG] (Entered: 11/03/2015) |
| 11/02/2015 | 11 | ORDER as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS, (Preliminary and Detention Hearing set for 11/4/2015 09:30 AM before Judge B. Dwight Goains). Signed by Judge B. Dwight Goains. (yl) [4:15-mj-01254-BDG] (Entered: 11/03/2015) |
| 11/02/2015 | 3 | MOTION to Detain Defendant without Bond by USA as to ROGELIO JUAN SANTIAGO-TOMAS. (yl) [4:15-mj-01254-BDG] (Entered: 11/03/2015) |
| 11/02/2015 | 7 | Minute Entry for proceedings held before Judge B. Dwight Goains:Initial Appearance as to ROGELIO JUAN SANTIAGO-TOMAS held on 11/2/2015 (Minute entry documents are not available electronically.), SPANISH Language |

| | | |
|---|---|---|
| | | Interpreter required as to ROGELIO JUAN SANTIAGO-TOMAS (Court Reporter FTR.) (yl) [4:15-mj-01254-BDG] (Entered: 11/03/2015) |
| 11/02/2015 | 10 | ORDER APPOINTING COUNSEL as to ROGELIO JUAN SANTIAGO-TOMAS Elaine L. Mustard for ROGELIO JUAN SANTIAGO-TOMAS appointed.. Signed by Judge B. Dwight Goains. (yl) [4:15-mj-01254-BDG] (Entered: 11/03/2015) |
| 11/04/2015 | 12 | WAIVER of Preliminary Hearing and Detention Hearing by ROGELIO JUAN SANTIAGO-TOMAS (mb1) [4:15-mj-01254-BDG] (Entered: 11/04/2015) |
| 11/04/2015 | 13 | ORDER GRANTING 3 Motion to Detain Defendant without Bond. Bond set to no bond as to ROGELIO JUAN SANTIAGO-TOMAS (2). Signed by Judge B. Dwight Goains. (mb1) [4:15-mj-01254-BDG] (Entered: 11/04/2015) |
| 11/04/2015 | 14 | ORDER OF DETENTION: Bond set to no bond as to ROGELIO JUAN SANTIAGO-TOMAS. Signed by Judge B. Dwight Goains. (mb1) [4:15-mj-01254-BDG] (Entered: 11/04/2015) |
| 11/12/2015 | 17 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to DAVID THOMAS FRANCISCO (1) count(s) 1-2, ROGELIO JUAN SANTIAGO-TOMAS (2) count(s) 1-2. (cv) (Entered: 11/16/2015) |
| 11/12/2015 | 19 | Personal Data Sheet (SEALED) as to ROGELIO JUAN SANTIAGO-TOMAS (cv) (Entered: 11/16/2015) |
| 11/17/2015 | 20 | Waiver of personal appearance at Arraignment, plea of not guilty by ROGELIO JUAN SANTIAGO-TOMAS as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS (Mustard, Elaine) (Entered: 11/17/2015) |
| 11/18/2015 | 21 | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge by USA as to ROGELIO JUAN SANTIAGO-TOMAS (cv) (Entered: 11/18/2015) |
| 11/18/2015 | 23 | FACTUAL BASIS by USA as to ROGELIO JUAN SANTIAGO-TOMAS (cv) (Entered: 11/18/2015) |
| 11/18/2015 | 24 | Minute Entry for proceedings held before Judge David B. Fannin:Rearraignment held on 11/18/2015 ; Defendant Informed of Rights. Plea of guilty entered as to ROGELIO JUAN SANTIAGO-TOMAS (2) Count 1 ;Referred to Probation for Presentence Report (Minute entry documents are not available electronically.) (Court Reporter FTR.) (cv) (Entered: 11/18/2015) |
| 11/18/2015 | 25 | ORDER SETTING as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS, (MATERIAL WITNESS DEPOSITION set for 12/7/2015 03:00 PM before Judge David B. Fannin,). Signed by Judge David B. Fannin. (cv) (Entered: 11/18/2015) |
| 11/18/2015 | 27 | FINDINGS OF FACT AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to ROGELIO JUAN SANTIAGO-TOMAS. Signed by Judge David B. Fannin. (cv) (Entered: 11/18/2015) |
| 11/24/2015 | 36 | |

| | | |
|---|---|---|
| | | ORDER OF DISMISSAL as to Material Witnesses, Mario Ramirez-Perez and Gerardo Alfonso Tiul-Choc. Signed by Judge David B. Fannin. (cv) (Entered: 11/24/2015) |
| 12/09/2015 | 37 | ORDER as to ROGELIO JUAN SANTIAGO-TOMAS. Guilty plea accepted.. Signed by Judge Robert A. Junell. (cv) (Entered: 12/10/2015) |
| 12/15/2015 | 38 | MOTION to Continue by USA as to ROGELIO JUAN SANTIAGO-TOMAS. (Stewart, Sandy) (Entered: 12/15/2015) |
| 01/07/2016 | 40 | ORDER as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS reassigning to Judge Lee Yeakel. Judge Robert A. Junell no longer assigned for DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS. Signed by Judge Robert A. Junell. (mb1) (Entered: 01/08/2016) |
| 01/11/2016 | 41 | INITIAL PRESENTENCE REPORT as to ROGELIO JUAN SANTIAGO-TOMAS by Officer Erica N. Carrillo. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 10 days) (Attachments: # 1 Certificate of Disclosure) (Palomino, V.) (Entered: 01/11/2016) |
| 01/19/2016 | 43 | ORDER Setting Sentencing as to DAVID THOMAS FRANCISCO, ROGELIO JUAN SANTIAGO-TOMAS Sentencing set for 2/16/2016 09:00 AM before Judge Lee Yeakel,. Signed by Judge Lee Yeakel. (cv) (Entered: 01/19/2016) |
| 01/29/2016 | 46 | ADDENDUM AND REVISED PRESENTENCE REPORT as to ROGELIO JUAN SANTIAGO-TOMAS by Officer Erica N. Carrillo. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 10 days) (Attachments: # 1 Revised PSI) (Palomino, V.) (Entered: 01/29/2016) |
| 01/29/2016 | 47 | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to ROGELIO JUAN SANTIAGO-TOMAS by Officer Erica N. Carrillo. (Document available to court only) (Attachments: (1-2)(Palomino, V.) (Entered: 01/29/2016) |
| 02/16/2016 | 48 | Minute Entry for proceedings held before Judge Lee Yeakel:Sentencing held on 2/16/2016 for ROGELIO JUAN SANTIAGO-TOMAS (2), Count(s) 1, Defendant sentenced to 10 months BOP, 36 months supervised release and $100 special assessment.; Count(s) 2, Count 2 dismissed by the Govt. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.) (cv) (Entered: 02/17/2016) |
| 02/19/2016 | 50 | JUDGMENT AND COMMITMENT as to ROGELIO JUAN SANTIAGO-TOMAS. Signed by Judge Lee Yeakel. (cv) (Entered: 02/22/2016) |
| 02/19/2016 | 52 | Sealed Statement of Reasons as to ROGELIO JUAN SANTIAGO-TOMAS (SOR documents are not available electronically.) (cv) (Entered: 02/22/2016) |
| 03/22/2017 | 56 | Probation/Supervised Release Jurisdiction Transferred to Northern District of Alabama, Gadsen Division as to ROGELIO JUAN SANTIAGO-TOMAS Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cv) (Entered: 03/23/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/19/2017 14:20:47 | | | |
| PACER Login: | us4376:2653748:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:15-cr-00500-LY |
| Billable Pages: | 3 | Cost: | 0.30 |